JOHN R. HILLSMAN (SBN 71220)
DEREK B. JACOBSON (SBN 88417)
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA 94133
Telephone:   (415) 421-9292
Facsimile:   (415) 403-0202

Attorneys for Claimant/Respondent
RON GREEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of Ross Island Sand & Gravel Co., as Owner of the *ROLLER BARGE*, for Exoneration from or Limitation of Liability | Case No. 3:14-CV-601 SI<br><br>**STIPULATION TO RESET THE HEARING ON CLAIMANT/RESPONDENT GREEN'S MOTION TO INCREASE THE VALUE OF THE LIMITATION FUND UNDER FED.R.CIV.P. SUPP. R. F(7)**<br><br>Present hearing date: Friday, May 9, 2014<br>Time:                    9:00 a.m.<br><br>Courtroom:           Courtroom No. 10,<br>                              19th Floor<br>                              The Hon. Susan Illston<br><br>The motion hearing is continued to 5/23/13 @ 9 a.m. |

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Susan Illston]*

**Stipulation to Reschedule Hearing on Claimant/Respondent Green's Motion to Increase Limitation Fund**
Case No. 3:14-CV-601

1

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

WHEREAS Claimant/Respondent RON GREEN's ("GREEN") Motion to Increase the Value of the Limitation Fund herein, under Fed.R.Civ.P.Supp.Adm.R. F(7), is currently set for Friday, May 9, 2014, at 9:00 a.m.;

AND WHEREAS Counsel for Plaintiff-in-Limitation ROSS ISLAND SAND & GRAVEL CO. ("ROSS ISLAND") has a prior and longstanding commitment on that date;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by and through their undersigned attorneys, that, should it please the Court, the hearing may be rescheduled for Friday, May 16, 2014, at 9:00 am, or for any date and time thereafter as may be convenient for the Court;

IT IS FURTHER STIPULATED that, should it likewise please the Court, the deadlines for ROSS ISLAND's Opposition and GREEN's Reply may be rescheduled to conform to any new hearing date.

Dated:   April 1, 2014        FITZHUGH & ELLIOT, P.C.

                              By:   /s/   THOMAS C. FITZHUGH
                                          THOMAS C. FITZHUGH

                              ATTORNEYS FOR PLAINTIFF-IN-LIMITATION
                              ROSS ISLAND SAND & GRAVEL, CO.

Dated:   April 1, 2014        McGUINN, HILLSMAN & PALEFSKY

                              By:   /s/   JOHN R. HILLSMAN
                                          JOHN R. HILLSMAN

                              ATTORNEYS FOR CLAIMANT/RESPONDENT
                              RON GREEN

**Stipulation to Reschedule Hearing on Claimant/Respondent Green's Motion to Increase Limitation Fund**
Case No. 3:14-CV-601

2